```
                                                         CLERK'S OFFICE U.S. DIST COURT
                                                              AT ROANOKE, VA
                                                                   FILED
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF VIRGINIA            JUN 0 6 2006
                     ROANOKE DIVISION
                                                         JOHN F. CORCORAN, CLERK
                                                         BY:
                                                              DEPUTY CLERK
```

| | |
|---|---|
| MICHAEL A. WEBB, ) | |
| Plaintiff, ) | Civil Action No. 7:06CV00345 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| TRACY S. RAY, et al., ) | By: Hon. Glen E. Conrad |
| Defendants. ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that the plaintiff's complaint shall be and hereby is **DISMISSED** without prejudice and **STRICKEN** from the active docket of the court, pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants, if known.

ENTER: This _6th_ day of June, 2006.

_____
United States District Judge