CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JUN 0 6 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL A. WEBB, | ) | |
| Plaintiff, | ) | Civil Action No. 7:06CV00345 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| TRACY S. RAY, et al., | ) | By: Hon. Glen E. Conrad |
| Defendants. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that the plaintiff's complaint shall be and hereby is **DISMISSED** without prejudice and **STRICKEN** from the active docket of the court, pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants, if known.

ENTER: This 6th day of June, 2006.

_____
United States District Judge